UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DESHAWN GIVENS,

        Plaintiff,

v.

MAJOR TUNNER, *et. al*,

        Defendants.

Case No. 2:18-cv-163
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

On August 7, 2018, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 7) recommending that this action be dismissed for failure to timely effect service of process under Rule 4(m) of the Federal Rules of Civil Procedures.

The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation (ECF No. 7). For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this action.

**IT IS SO ORDERED.**

9-23-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE